IN THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08-8016 |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | **MOTION TO WITHDRAW** |
| v. | ) | |
| | ) | |
| MICHAEL DAVID BELDERRAIN, | ) | DISTRICT OF WYOMING |
| | ) | D.C. NO. 2:07-cr-00066-WFD |
| Defendant-Appellant. | ) | |

The Office of the Federal Public Defender, by undersigned counsel, on behalf of Michael David Belderrain, defendant-appellant, moves to withdraw from representation and as grounds therefore states:

1.  This Court has decided this appeal. *See* United States v. Belderrain, 2009 WL 205631 (10th Cir., Jan. 29, 2009). The district court had denied Mr. Belderrain's motion to dismiss the indictment, holding that the plea agreement entered into by one United States Attorney's Office did not bind another; and alternatively, that the plea agreement was not breached because the federal charges fell within the agreement's exception for prosecution based on new or future information. This Court did not address the first holding, and instead, rooted its affirmance in the second. After noting that Mr. Belderrain's statements about the source of the elk head led the government to believe it came from a location other than Yellowstone, this Court concluded that "the instant charges were based on

new information that was not known to the government at the time Defendant entered into the plea," and that therefore "the plea agreement was not violated by the government's bringing of these charges." Id. at *2.

  2. Because of the manner in which this Court affirmed the district court's decision, this Court's decision does not "conflict with the decision of another United States court of appeals on the same important matter." Rule 10(a), Supreme Court Rules. Nor did this Court decide "an important question of federal law that has not been, but should be, settled" by the Supreme Court, or decide "an important federal question in a way that conflicts with relevant decisions" of the Supreme Court. Rule 10(c), Supreme Court Rules.

  3. Counsel is well aware that her appointment to represent Mr. Belderrain includes filing a petition for writ of certiorari where the case presents a "cert-worthy" issue and the defendant desires that such a petition be filed. *See* Addendum VI , Tenth Circuit Rules. Counsel has explained to Mr. Belderrain, by letter and in telephone conversations, why in her considered judgment the case in its present posture does not present a cert-worthy issue. Nonetheless, Mr. Belderrain has insisted that such petition be filed.

4.  Therefore, in accordance with Addendum VI, counsel deems it necessary to file this motion to withdraw. Counsel has informed Mr. Belderrain, by letter, that, if this Court grants this motion, he may file the petition *pro se* or seek new counsel. Counsel will, or course, inform him of this Court's ruling on this motion.

5.  David Kubichek, Assistant United States Attorney, has no objection to this motion. Mr. Belderrain is presently residing at 24 Davis Lane, Whitehall, Montana.

WHEREFORE it is requested that this motion to withdraw be granted.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ VICKI MANDELL-KING
Assistant Federal Public Defender (Digital)
Chief, Appellate Division
VICKI MANDELL-KING
633 - 17th Street, Suite 1000
Denver, Colorado 80202
(303) 294-7002
Email Address: COX_10ECF@fd.org
Vicki_Mandell-King@fd.org

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing

## MOTION TO WITHDRAW

(1) all required privacy redactions have been made and, with the exception of those redactions, every document submitted in Digital Form or scanned PDF format is an exact copy of the written document filed with the Clerk, and;

(2) the digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program Symantec Endeavors Corporate Edition version 10.1.7.7000, Virus Definition File Dated: 2/17/2009 rev. 2, and, according to the program, are free of viruses.


　　　　　　　　　　　　　　　　　　s/ Vicki Mandell-King
　　　　　　　　　　　　　　　　　　VICKI MANDELL-KING
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　Chief, Appellate Division

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing

## MOTION TO WITHDRAW

was furnished to the following on the 18th day of February, 2009:

    David A. Kubichek        *(via e-mail)*
    Assistant United States Attorney
    david.kubichek@usdoj.gov


    Michael David Belderrain    *(via US mail)*
    24 Davis Lane
    Whitehall, Montana   59759


                                          s/ Bernice Roybal
                                          Bernice Roybal, Legal Secretary